UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIRNA GARCIA,

              Plaintiff,

          -v-

CHARLIE SION, JANET SION, and GAM
LAUNDROMAT, INC., d/b/a/ SUPER
LAUNDROMAT,

              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 12, 2017

17-cv-6527 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

      The Court has reviewed both the settlement agreement and the October 11, 2017 submission from plaintiff's counsel in support of the settlement agreement. (ECF Nos. 17, 18.)

      The Court notes that the amount of fees and costs for which plaintiff's counsel seeks reimbursement ($8,335) is approximately one-third of the total settlement amount of $25,000, and that plaintiff's counsel has requested reimbursement of approximately 82% of its lodestar fees. (ECF No. 17.)

      The Court has carefully reviewed the settlement and finds that it is fair and reasonable. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). Accordingly, the settlement is APPROVED.

The initial pretrial conference previously scheduled for October 13, 2017 is adjourned. The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:     New York, New York
           October 12, 2017

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge